## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Marco Adrian Yupa Landi</u>**

      v.                                  Case No. 26-cv-417-PB-TSM

**<u>Christopher Brackett, Superintendent</u>**
**<u>Strafford County Department of</u>**
**<u>Corrections, et al.</u>**

### <u>ORDER</u>

After the government notified the Court that Marco Adrian Yupa Landi received the bond hearing he sought on June 10, 2026, <u>see</u> Doc. 8, I ordered Yupa Landi to show cause within seven days why his petition should not be dismissed. Doc. 9. Yupa Landi has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/  Paul Barbadoro

Paul J. Barbadoro
United States District Judge

June 24, 2026

cc:    Counsel of Record